Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
BRENDA L. CUSHMAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA L. CUSHMAN, | Case No.: 2:15-cv-00139-CMK |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

    Plaintiff Brenda L. Cushman and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from July 2, 2015 to August 17, 2015 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: June 24, 2015          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*

BY: _____
Brian C. Shapiro
Attorney for plaintiff Ms. Brenda L. Cushman

DATE:  June 24, 2015

BENJAMIN WAGNER
United States Attorney

/s/ *Heather M. Moss*

BY: _____
Heather M. Moss
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

IT IS SO ORDERED:   _____

**Dated:  July 2, 2015**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE