Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Brenda L. Cushman

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA L. CUSHMAN, | Case No.: 2:15-cv-00139-CMK |
| Plaintiff, | ORDER OF  DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:  July 17, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: July 8, 2015

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Brenda L. Cushman

1

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:15-CV-00139-CMK**

2

3

    I hereby certify that I electronically filed the foregoing with the Clerk of the

4

Court for this court by using the CM/ECF system on July 8, 2015.

5

    I certify that all participants in the case are registered CM/ECF users and

6

that service will be accomplished by the CM/ECF system.

7

               */s/ Brian C. Shapiro*

8

               _____

9

               Brian C. Shapiro
               Attorneys for Plaintiff

10

               _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26